**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

CLIVEN BUNDY

                Plaintiff,

    v.

GLORIA NAVARRO, in her individual capacity

                and

HARRY REID, in his individual capacity,

                and

RORY REID, in his individual capacity,

                and

BARACK OBAMA, in his individual capacity.

              Defendants.

CASE NO.:   **2:16-cv-01047**

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to LR 7.1-1, the undersigned, counsel of record for CLIVEN BUNDY, certifies that the following parties have an interest in the outcome of this case:

1. Plaintiff  CLIVEN BUNDY;
2. Defendant GLORIA NAVARRO;
3. Defendant HARRY REID;
4. Defendant RORY REID;
5. Defendant BARACK OBAMA.

/ / /

/ / /

- 1 -

The representations are made to enable judges of this U.S. District Court to evaluate possible disqualification or refusal.

DATED this 10th day of May, 2016.

Respectfully submitted,

BY: /s/ Joel F. Hansen
JOEL F. HANSEN, ESQ.
Nevada Bar # 1876
1835 Village Center Circle
Las Vegas, NV 89134
*Attorney for Cliven Bundy*
