```
1   NOTC
    JOEL F. HANSEN, ESQ.
2   Nevada Bar No. 1876
3   COOPER LEVENSON, P.A.
    1835 Village Center Circle
4   Las Vegas, Nevada 89134
    Phone:  702-366-1125
5   Fax:  702-366-1857
6   jjhansen@cooperlevenson.com
    Attorney for Plaintiff
7
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CLIVEN BUNDY | |
| Plaintiff, | CASE NO.:   **2:16-cv-01047** |
| v. | |
| GLORIA NAVARRO, in her individual capacity | |
| and | |
| HARRY REID, in his individual capacity, | |
| and | |
| RORY REID, in his individual capacity, | |
| and | |
| BARACK OBAMA, in his individual capacity. | |
| Defendants. | |

**NOTICE OF CHANGE OF FIRM NAME**

/ / /

/ / /

/ / /

/ / /

- 1 -

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that the law office of HANSEN RASMUSSEN LLC, attorneys for CLIVEN BUNDY has changed their firm name to COOPER LEVENSON, P.A. effective July 1, 2016.  Please update your service list as follows:

> COOPER LEVENSON, P.A.
> 1835 Village Center Circle
> Las Vegas, Nevada 89134
> Phone:  702-366-1125
> Fax:  702-366-1857
> jjhansen@cooperlevenson.com

DATED this 30th day of June, 2016.

> COOPER LEVENSON, P.A.
> /s/ Joel F. Hansen
> JOEL F. HANSEN, ESQ.
> Nevada Bar No. 1876
> 1835 Village Center Circle
> Las Vegas, NV  89134
> *Attorney for Cliven Bundy*