**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV, 89134
(702) 366-1125
jfhansen@cooperlevenson.com
Attorney for Plaintiff

**LARRY KLAYMAN, ESQ.**
D.C. Bar No. 334581
**Klayman Law Firm**
2020 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLIVEN BUNDY,<br><br>  Plaintiff,<br><br>  v.<br><br>GLORIA NAVARRO, et al.,<br><br>  Defendants. | Case No.: 2:16-cv-1047-JAD-GWF<br><br>RENEWED (SECOND) MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*<br><br>SECOND REQUESTED EXTENSION |

Plaintiff, Cliven Bundy, ("Mr. Bundy) hereby moves this Court for an extension of time, until and including August 22, 2016, to respond to (1) Motion to Dismiss All Claims Against Defendants Senator Harry Reid, Kristen Orthman, and The United States of America filed on July 15, 2016 (Docket No. 17); (2) United States' Motion to Dismiss Claims Against Defendants United States District Judge Gloria Navarro and President Barack Obama filed on July 15, 2016 (Docket No. 18); and (3) Defendant Rory Reid's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) filed on July 19, 2016 (Docket No. 21).

/ / /

1       This Court denied Mr. Bundy's first Motion for Extension of Time *Nunc Pro Tunc* on the basis that it did not comport with the requirements set forth by Local Rule 6.1. Mr. Bundy now submits this corrected, renewed (second) Motion for Extension of Time *Nunc Pro Tunc*, to respectfully request that this Court grant the initially requested extension of time, until and including August 22, 2016.

      The days to respond were inadvertently not marked up by counsel, as counsel was out of the office at the time. This constitutes "excusable neglect" as defined by the U.S Court of Appeals for the Ninth Circuit in *Briones v. Riviera Hotel & Casino*, 116 F.3d 379 (9th Cir. Nev. 1997). The *Briones* Court held that whether neglect is "excusable" is an equitable determination, taking account all relevant circumstances. *Id*. at 381. Factors considered are "the danger of prejudice…, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith. *Id*. Here, as this matter is only in its beginning stages, prejudice, if any, is non-existent. The length of the delay was also only a few days, since Mr. Bundy's first Motion for Extension of Time was filed on August 3, 2016, only two days after substantive responses were due. Lastly, counsel for Mr. Bundy has acted in good faith, as the missed filing deadline was the result of an unfortunate, but inadvertent oversight which will not occur again. Counsel for Mr. Bundy respectfully requests that this Court not severely prejudice Mr. Bundy as a result of counsel's inadvertent oversight, and thus deny him due process of law.

      Defendants' counsel would not consent to the first Motion for Extension of Time. Plaintiff has contacted Defendants' counsel again for this motion to obtain consent and will advise the Court accordingly.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Based on the foregoing, Mr. Bundy respectfully requests that this Court grant his Second
2  (Renewed) Motion for Extension of Time to Respond *Nunc Pro Tunc*.

3  Dated:  August 22, 2016                                      Respectfully Submitted,

By:  ___/s/ Joel F. Hansen_____
**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV, 89134
(702) 366-1125
jfhansen@cooperlevenson.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing SECOND (RENEWED) MOTION FOR EXTENSION OF TIME TO RESPOND *NUNC PRO TUNC* was made through the Court's CM/ECF filing and service system on all counsel of record, including the below-designated counsel, on August 22, 2016:

Greg Addington, Esq.
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, NV, 89501

Scott Bogatz, Esq.
Reid, Rubinstein & Bogatz
300 South 4th St., # 830
Las Vegas, NV, 89101

　　　　　　　　　　　　　　　　　　　　　　/s/ Joel F. Hansen