# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLIVEN BUNDY,<br><br>    Plaintiff,<br><br>vs.<br><br>BARACK OBAMA, *et al.,*<br><br>    Defendants. | Case No. 2:16-cv-1047-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No.1) in this matter was filed on May 10, 2016. Defendants Kristen Orthman, Harry Reid, and United States of America filed its Motion to Dismiss (ECF No. 17) on July 15, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 23, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge