DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438
Fax: (775) 784-5181
Greg.Addington@usdoj.gov
Counsel for Federal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CLIVEN BUNDY,<br><br>               Plaintiff,<br><br>    v.<br><br>GLORIA NAVARRO, in her individual capacity,<br>HARRY REID, in his individual capacity,<br>RORY REID, in his individual capacity,<br>BARACK OBAMA, in his individual capacity,<br>KRISTEN ORTHMAN, in her individual capacity, and<br>UNITED STATES OF AMERICA,<br><br>               Defendants. | 2:16-cv-1047-JAD-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS |

      Pursuant to Rule 41(a)(1)(A), Fed.R.Civ.P., it is hereby stipulated and agreed by all parties in this action, through their respective counsel, that this action be and hereby is dismissed with prejudice

//

//

1


1  as to all claims alleged against all defendants, with each party to bear their own costs of litigation

2  including attorneys' fees

3  _Joel F. Hansen_ (signature)
   JOEL F. HANSEN, ESQ.

4  Nevada Bar No. 1876
   1835 Village Center Circle

5  Las Vegas, NV 89134
   Counsel for Plaintiff

6  Oct 6, 2016

7

GREG ADDINGTON (signature)
GREG ADDINGTON
Nevada Bar No. 6875
Assistant United States Attorney
100 W. Liberty Street, #600
Reno, NV 89501
Counsel for Defendants Gloria Navarro,
    Harry Reid, Barack Obama, Kristen
    Orthman, and United States

SCOTT BOGATZ, ESQ. (signature)
SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
REID RUBENSTEIN & BOGATZ
300 South 4th Street, #830
Las Vegas, NV 89101
Counsel for Defendant Rory Reid

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own costs of litigation including attorneys' fees.

Dated: _____, 2016

_____
UNITED STATES DISTRICT JUDGE

2